

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-6-1999

# United States v Imenec

Precedential or Non-Precedential:

Docket 98-1912

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"United States v Imenec" (1999). *1999 Decisions.* Paper 278.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/278

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
              UNITED STATES COURT OF APPEALS
                  FOR THE THIRD CIRCUIT



                      No. 98-1912

                   U.S.A. v. Imenec

     The following modifications have been made to the Court's
Opinion issued on     9/30/99    , to the above-entitled appeal
and will appear as part of the final version of the opinion:

     At the end of the first paragraph "district court"
should be capitalized.




                         Very truly yours,


                         /s/ P. Douglas Sisk,
                              Clerk


Dated: October 6, 1999
```